

# Office of the Attorney General
## Washington, D. C. 20530

February 25, 2025

Governor Mills,

    This Department of Justice will hold accountable states and state entities that violate federal law. Indeed, we have already begun to do so. Earlier this month, the Department of Justice sued two states—Illinois and New York—that defied federal immigration laws. We also stand ready to sue states and state entities that defy federal antidiscrimination laws.

    President Trump recently directed the Department of Justice and the Department of Education to prioritize enforcement actions against athletic associations that deny girls an equal opportunity to participate in sports and athletic events by requiring them to compete against boys. Yet in response, some state officials in Maine—including yourself—have indicated that they intend to continue to require girls to compete against boys in sports and athletic events. Indeed, despite initially assuring President Trump that you would "comply with … federal law," you have since reversed course, stating that "Maine law has addressed" this issue and suggesting that the federal government's attempts to enforce federal antidiscrimination laws can only be explained by President Trump acting like "a dictator."

    Let me be clear. Requiring girls to compete against boys in sports and athletic events violates Title IX of the Educational Amendments Act of 1972. And under the Constitution, federal law—including Title IX—is "the supreme Law of the Land." U.S. Const. Art. VI. It therefore does not matter if Maine state law allows, or even requires, state athletic associations or other similar entities to require girls to compete against boys in sports and athletic events. Where federal and state law conflict, states and state entities must follow federal law—not because we live in a dictatorship but because the Constitution requires states to follow the supreme law of the land.

    Maine should be on notice. The Department of Education's Office for Civil Rights has begun a Title IX investigation into the Maine Department of Education. The Department of Health and Human Services' Office for Civil Rights has begun a similar investigation. If these or other federal investigations show that the relevant Maine entities are indeed denying girls an equal opportunity to participate in sports and athletic events by requiring them to compete against boys, the Department of Justice stands ready to take all appropriate action to enforce federal law.

I hope that it does not come to this. The Department of Justice does not want to have to sue states or state entities, or to seek termination of their federal funds. We only want states and state entities to comply with the law. And federal law requires giving girls an equal opportunity to participate in sports and athletic events by ensuring that girls need to compete only with other girls, not with boys.

Sincerely,

Pam Bondi
Attorney General