UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STATE OF MAINE,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE and BROOKE ROLLINS, in Her Official Capacity as Secretary of Agriculture,<br><br>        Defendants. | No. 1:25-cv-00131-JAW |

**JOINT STATUS REPORT**

NOW COMES Plaintiff, the state of Maine, and Defendants, the United States Department of Agriculture and Secretary of Agriculture Brooke Rollins, and hereby jointly file the instant status report pursuant to the Court's Order on Joint Motion to Extend Temporary Restraining Order (Dkt. #16, Apr. 16, 2025), which requires the parties to update the Court regarding the scheduling of a preliminary injunction hearing by May 2, 2025.

The parties write to inform the Court that they have executed a settlement agreement which fully and finally resolves the pending matter. The state of Maine will file a voluntary dismissal of its claims with prejudice in this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* D. Me. Local R. 41.1(a)(1) ("parties must promptly notify [] when an action has been settled" and "must file the papers necessary to terminate the action"). Upon entry of the dismissal, the matter will be resolved, thereby obviating the need to schedule a preliminary injunction hearing or further proceedings.

Dated: May 2, 2025

Respectfully submitted,

CRAIG M. WOLFF
Acting United States Attorney

/s/ ANDREW K. LIZOTTE
Andrew K. Lizotte
Civil Chief
United States Attorney's Office
202 Harlow Street
Bangor, Maine 04401
(207) 262-4636
Andrew.Lizotte@usdoj.gov

*Counsel for Defendants*


Respectfully submitted,



/s/ CHRISTOPHER C. TAUB
CHRISTOPHER C. TAUB
Chief Deputy Attorney General
Christopher.C.Taub@maine.gov
SARAH A. FORSTER
Assistant Attorney General
Sarah.Forster@maine.gov
Office of the Attorney General
State House Station 6
Augusta, ME 04333
Telephone: (207) 626-8800

*Counsel for the State of Maine*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2025, I caused the foregoing to be electronically filed with Clerk of Court using the CM/ECF system, which sent such notice to any individuals and entities who have entered appearances in this case to date, pursuant to the Court's ECF system.

CRAIG M. WOLFF
Acting United States Attorney


/s/ ANDREW K. LIZOTTE
Andrew K. Lizotte
Civil Chief
United States Attorney's Office
202 Harlow Street
Bangor, Maine 04401
(207) 262-4636
Andrew.Lizotte@usdoj.gov