UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| STATE OF MAINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25-cv-00131-JAW |
| | ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON FUNDS IN COURT REGISTRY**

On April 11, 2025, the Court issued an order on the state of Maine's (State) motion for temporary restraining order in which it ordered the State to file a bond in the amount of $1,000 pursuant to Federal Rule of Civil Procedure 65(c). *Order on Mot. for TRO* at 70 (ECF No. 12). Upon the State's oral motion on April 15, 2025, which the United States Department of Agriculture and Agriculture Secretary Brooke Rollins did not oppose, the Court altered this order to allow the State to file a check in the amount of $1,000 with the Court Registry in lieu of a bond, *Order on Jt. Mot. to Extend TRO* at 4-5 (ECF No. 16), and on April 18, 2025, the State filed a check in the amount of $1,000 with the Court. *Check Received*.

On May 2, 2025, the State filed a notice of voluntary dismissal in this case with prejudice and without cost. *Notice of Dismissal* (ECF No. 20). However, the parties' resolution of this matter failed to address what the Court should do with the $1,000 check previously filed by the State. To tie up this final loose end, the parties should confirm that the Court should issue a check and identify the name of the payee of the

anticipated check.  The Court ORDERS the parties to jointly respond to this order within seven days.

    SO ORDERED.

                                           /s/ John A. Woodcock, Jr.
                                           JOHN A. WOODCOCK, JR.
                                           UNITED STATES DISTRICT JUDGE

Dated this 5th day of May, 2025