UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| STATE OF MAINE,<br><br>        Plaintiff,<br>  v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE and BROOKE ROLLINS, in Her Official Capacity as Secretary of Agriculture,<br><br>        Defendants. | No. 1:25-cv-00131-JAW |

**JOINT MOTION TO RELEASE FUNDS IN COURT REGISTRY**

Pursuant to the Court's order of May 5, 2025 (ECF No. 21), the Plaintiff, the State of Maine, and Defendants, the United States Department of Agriculture and Secretary of Agriculture Brooke Rollins, jointly move for the release of funds currently held in the Court Registry as security for a temporary restraining order. Now that the matter has been dismissed, the parties respectfully request that the funds be released by issuance of a check, in the amount of $1,000, made payable to Treasurer, State of Maine, and mailed to counsel for the State of Maine at the address set forth below.

Dated: May 7, 2025

Respectfully submitted,

/s/ Christopher C. Taub
CHRISTOPHER C. TAUB
Chief Deputy Attorney General
Christopher.C.Taub@maine.gov
SARAH A. FORSTER
Assistant Attorney General
Sarah.Forster@maine.gov
Office of the Attorney General
6 State House Station
Augusta, ME 04333
Telephone: (207) 626-8800
Counsel for the Plaintiff

CRAIG M. WOLFF
Acting United States Attorney

/s/ ANDREW K. LIZOTTE
Andrew K. Lizotte
Civil Chief
United States Attorney's Office
202 Harlow Street
Bangor, Maine 04401
(207) 262-4636
Andrew.Lizotte@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I electronically filed this document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants as identified in the CM/ECF electronic filing system for this matter.

Dated: May 7, 2025                     /s/ Christopher C. Taub
                                                             CHRISTOPHER C. TAUB
                                                             Chief Deputy Attorney General
                                                             Office of the Attorney General
                                                             6 State House Station
                                                             Augusta ME  04333-0006
                                                             Tel.  (207) 626-8570
                                                             Fax (207) 287-3145
                                                             Christopher.C.Taub@maine.gov